1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Amanda Seabock, Esq., SBN 289900
3  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com
   Attorneys for Plaintiff
7
   Wayne C. Arnold SBN 103194
8  warnold@wcalaw.net
9  16755 Von Karman, Ste. 200
   Irvine, CA 92614
10 Telephone: 714-271-5214
   Attorneys for Defendant
11 Thrifty Payless, Inc.

12                    UNITED STATES DISTRICT COURT
13                    CENTRAL DISTRICT OF CALIFORNIA

14 | RAFAEL ARROYO, JR.,            )  Case No.: 2:19-cv-10544-DSF-MAA
15 |        Plaintiff,              )
   | v.                             )  **JOINT STIPULATION FOR**
16 |                                )  **DISMISSAL PURSUANT TO**
   | THRIFTY PAYLESS, INC., a California )  **F.R.C.P. 41 (a)(1)(A)(ii)**
17 | Corporation; and Does 1-10,    )
   |        Defendants.             )
18 |                                )
19

20        Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
21 parties hereto that this action may be dismissed with prejudice as to all parties; each
22 party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
23 matter has been resolved to the satisfaction of all parties.
24

25 Dated: November 13, 2020       CENTER FOR DISABILITY ACCESS
26
27                                By:    /s/ Amanda Seabock
                                         Amanda Seabock
28                                       Attorneys for Plaintiff

Joint Stipulation                      -1-                2:19-cv-10544-DSF-MAA

1  Dated: November 13, 2020

             By:   /s/ Wayne C. Arnold
                   Wayne C. Arnold
                   Attorneys for Defendant
                   Thrifty Payless, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Wayne C. Arnold, counsel for Thrifty Payless, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: November 13, 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff